# Exhibit 1


## Imaging Information (continued)

### Exam Information

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| ULTRASOUND | Final | N/A | N/A |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On |
|---|---|
| N/A | N/A |

### Transcription

```
cc:
KAREN T. GOTWALT, MD, Ordering Physician

EXAM LOCATION:  ST. JOSEPH

ORDERING PROVIDER: Karen Gotwalt, MD
OCCURRENCE NUMBER:  259478728                    EXAM DATE:   05/21/2013

EXAM: OBSTETRIC ULTRASOUND 05/21/2013

REASON FOR EXAM:  This is a pregnant 27-year-old female who presents for
evaluation of fetal gestational age.

COMPARISON:  None.

TECHNIQUE:  An obstetric ultrasound was performed utilizing transvaginal
approach with assessment of grayscale appearance and color Doppler flow.

FINDINGS:  There is a single live intrauterine pregnancy with fetal heart
rate
of 111 beats per minute.  There is adequate visualization of a gestational
sac
containing a fetal pole and yolk sac.  The estimated gestational age of
the
fetus is 6 weeks 0 days plus/minus 4 days based on a mean crown-rump
length of
0.39 cm.

Color flow is demonstrated of the ovaries bilaterally.  There is no
```


**Imaging Information (continued)**

evidence for
ovarian torsion. The right ovary measures 1.1 x 2.9 x 2.9 cm in dimension. The
left ovary measures 3.6 x 2.3 x 3.5 cm in dimension. Within the body of the
left ovary there is a rounded area of altered echogenicity measuring 2.1 x 1.6 x
2.0 cm in dimension. This is consistent with a corpus luteal cyst. There are
no adnexal masses or significant free fluid collections identified within the
pelvis.

IMPRESSION:
1. Single live intrauterine gestation with an estimated gestational age of 6
weeks and 0 days. This corresponds to an estimated date of delivery of
01/14/2014.
2. Recommend followup fetal anatomic survey at 18 to 20 weeks gestational age.


This document was electronically signed by CHRISTOPHER CANITZ, MD on 05/23/2013
08:32:26.

                          Radiologist:
                                    CHRISTOPHER CANITZ, MD

SF/CC/le   D. 05/22/2013 14:27:56   T. 05/22/2013 16:06:09
Doc ID #: 9250571  Voice ID #: 9877136


WHEATON FRANCISCAN - ST. JOSEPH CAMPUS
NAME: BELTRAN  ALICIA F        MRN:
DOB:                           ACCT #:
VISIT TYPE: C       ROOM: US
PROVIDER: CHRISTOPHER CANITZ, MD       DATE: 05/21/2013

ULTRASOUND
          Page 1 of 1


## Imaging Information (continued)

REPORT IS NOT FINAL UNLESS AUTHENTICATED

Document Information