UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **Alicia BELTRAN** ) | |
| ) | |
| Applicant, ) | |
| ) | **Docket No.** _____ |
| vs. ) | |
| ) | |
| **Jamie LOEHNIS**, in his official capacity as ) | |
| Executive Director of the Casa Clare ) | |
| Treatment Center; **Jim STRACHOTA**, ) | |
| in his official capacity as Director of Human ) | |
| Services for Washington County, WI; ) | |
| **Mark D. BENSEN**, in his official capacity as ) | |
| District Attorney for Washington County, ) | |
| WI; the **WASHINGTON COUNTY** ) | |
| **CIRCUIT COURT**; and **John DOE**, in his ) | |
| official capacity as immediate custodian ) | |
| of Applicant Alicia Beltran, ) | |
| ) | |
| Respondents. ) | |

**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT INJUNCTION**

Comes now habeas corpus Applicant Alicia Beltran and moves this Honorable Court for an Order granting a temporary restraining order, preliminary injunction, and permanent injunction against application of Wisconsin Chapter 48, WIS. STAT. ANN. § 48.133 *et seq.*, against her.

Applicant Ms. Beltran is currently in custody pursuant to order of Wisconsin Family Court Commissioner Dolores Bomrad because Ms. Beltran is pregnant and is an alleged "habitual" user of a controlled substance, though there was no evidence of drug use at the time of this deprivation of physical liberty. She is scheduled for jury trial on a Child in Need of

Protective Services (CHIPS) petition on October 29-30, 2013, as a result of which she may be continuously confined until she gives birth, and may further be subjected to termination of parental rights proceedings. She is due to give birth January 14, 2013.

Filed simultaneously with this Motion is Applicant Ms. Beltran's Memorandum of Law asserting that portions of Wisconsin Chapter 48 violate her constitutional rights in multiple respects without advancing maternal, fetal or child health, and in fact likely undermining it. In that Memorandum, Ms. Beltran states the grounds not only for invalidation of Wisconsin Chapter 48 under the Constitution, but also for grant of a temporary restraining order, preliminary injunction, permanent injunction, and declaratory relief. Ms. Beltran refers this Court to that Memorandum for argument as to why this Motion should be granted.

Ms. Beltran further prays for relief on an expedited basis as her current civil commitment results daily in further emotional, psychiatric, and financial harms affecting not only her, but also her pregnancy, as detailed in the concurrently filed Memorandum of Law. Ms. Beltran simply asks this Court to be allowed to go home in vindication of her established constitutional rights.

Dated: September__27____, 2013      Respectfully submitted,

                                                                _s/ Linda S. Vanden Heuvel_____
                                                                Linda S. Vanden Heuvel
                                                                Bar No.: WI 1016000
                                                                Vanden Heuvel & Dineen, S.C.
                                                                W175 N11086 Stonewood Drive
                                                                P.O. Box 550
                                                                Germantown, WI 53022-0550
                                                                (262) 250-1976
                                                                linda@vhdlaw.com

                                                                -  *for*  -

                                                                Sarah E. Burns*, Professor of Clinical Law
                                                                Bar No.: DC 289140, NY 2212413
                                                                Avram Frey*

Bar No.: TN 028520
Reproductive Justice Clinic
Washington Square Legal Services, Inc.
NYU School of Law
245 Sullivan Street, 5th Floor
New York, New York 10012
(212) 998-6430
sarah.burns@nyu.edu

- *and* -

Lynn M. Paltrow*
Bar No.:  NY 1920156
Farah Diaz-Tello*
Bar No.:  NY 4832218
National Advocates for Pregnant Women
15 West 36th Street, Suite 901
New York, New York 10018
212-255-9252
LMP@advocatesforpregnantwomen.org

*Counsel for Petitioner*

*Admission to the federal district court for the Eastern District of Wisconsin pending.