UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **Alicia BELTRAN** )<br>)<br>Applicant, )<br>)<br>vs. )<br>)<br>**Jamie LOEHNIS**, in his official capacity as )<br>Executive Director of the Casa Clare )<br>Treatment Center; **Jim STRACHOTA**, )<br>in his official capacity as Director of Human )<br>Services for Washington County, WI; )<br>**Mark D. BENSEN**, in his official capacity as )<br>District Attorney for Washington County, )<br>WI; the **WASHINGTON COUNTY** )<br>**CIRCUIT COURT**; and **John DOE**, in his )<br>official capacity as immediate custodian )<br>of Applicant Alicia Beltran, )<br>)<br>Respondents. ) | **Docket No.**_____ |

**MOTION TO SEAL PART OF EXHIBIT APPENDIX PURSUANT TO EASTERN DISTRICT OF WISCONSIN GENERAL LOCAL RULE 79(d)**

Comes now Applicant Alicia Beltran and moves this Honorable Court to place under seal identifying personal information, including residential addresses, in the following documents in the Exhibit Appendix pursuant to Eastern District of Wisconsin General Local Rule 79(d):

    i. Petitioner's Application for Writ of Habeas Corpus

    ii. the Affidavit of Alicia Beltran

    iii. the Affidavit of Sonia Fritsche.

Contemporaneous with this Motion, Applicant Alicia Beltran has filed an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Custody and a Motion for Temporary Restraining Order and Preliminary and Permanent Injunction.

For reasons explained more completely in Applicant's attached Memorandum of Law, the risk to Applicant of identity theft and harassment or abuse if personal identifying information remains unsealed outweighs the right of the public to access documents filed with the Court. Applicant does not request to seal the identifying information from parties to the case, only from the public. In accordance with the Committee Comment to Local Rule 79, Ms. Beltran limits this motion to the "portion of the material necessary to protect the movant from the harm that may result from disclosure," and will submit a redacted version of the applicable documents along with this request to seal the confidential information in certain portions of the Exhibit Index.

Dated: September __**27**__, 2013　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 s/ Linda S. Vanden Heuvel_____
　　　　　　　　　　　　　　　　　　　　　　　　Linda S. Vanden Heuvel
　　　　　　　　　　　　　　　　　　　　　　　　Bar No.:  WI 1016000
　　　　　　　　　　　　　　　　　　　　　　　　Vanden Heuvel & Dineen, S.C.
　　　　　　　　　　　　　　　　　　　　　　　　W175 N11086 Stonewood Drive
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 550
　　　　　　　　　　　　　　　　　　　　　　　　Germantown, WI 53022-0550
　　　　　　　　　　　　　　　　　　　　　　　　(262) 250-1976
　　　　　　　　　　　　　　　　　　　　　　　　linda@vhdlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　-　*for*　-

　　　　　　　　　　　　　　　　　　　　　　　　Sarah E. Burns*, Professor of Clinical Law
　　　　　　　　　　　　　　　　　　　　　　　　Bar No.:  DC 289140, NY 2212413
　　　　　　　　　　　　　　　　　　　　　　　　Avram Frey*
　　　　　　　　　　　　　　　　　　　　　　　　Bar No.:  TN 028520
　　　　　　　　　　　　　　　　　　　　　　　　Reproductive Justice Clinic
　　　　　　　　　　　　　　　　　　　　　　　　Washington Square Legal Services, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　NYU School of Law

245 Sullivan Street, 5th Floor
New York, New York 10012
(212) 998-6430
sarah.burns@nyu.edu

-   *and*  -

Lynn M. Paltrow*
Bar No.:   NY 1920156
Farah Diaz-Tello*
Bar No.:   NY 4832218
National Advocates for Pregnant Women
15 West 36th Street, Suite 901
New York, New York 10018
212-255-9252
LMP@advocatesforpregnantwomen.org

*Counsel for Petitioner*

*Admission to the federal district court for the Eastern District of Wisconsin pending.