# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **Alicia BELTRAN** ) | |
| ) | |
| **Applicant,** ) | |
| ) | **Docket No._____** |
| vs. ) | |
| ) | |
| **Jamie LOEHNIS, in his official capacity as** ) | |
| **Executive Director of the Casa Clare** ) | |
| **Treatment Center; Jim STRACHOTA,** ) | |
| **in his official capacity as Director of Human** ) | |
| **Services for Washington County, WI;** ) | |
| **Mark D. BENSEN, in his official capacity as** ) | |
| **District Attorney for Washington County,** ) | |
| **WI; the WASHINGTON COUNTY** ) | |
| **CIRCUIT COURT; and John DOE, in his** ) | |
| **official capacity as immediate custodian** ) | |
| **of Applicant Alicia Beltran,** ) | |
| ) | |
| **Respondents.** ) | |

### ATTORNEY DECLARATION IN SUPPORT OF WAIVER OF ADMISSION FEE

1.) I am an attorney in good standing seeking admission to the Eastern District of Wisconsin District Court. I submit this declaration to request waiver of the $211 fee ordinarily required as payment for admission to practice before this court.

2.) I seek admission because I am pursuing a single case in the Eastern District in which I represent a civil rights plaintiff on a *pro bono* basis.

3.) I work as part of a not-for-profit organization.

4.) The only form of litigation that I currently practice is of the type represented by this action, that is, *pro bono* civil rights work on behalf of the indigent and underserved.

5.) The nature of my work requires admission before many different courts nationwide. As a result, payment of local admission fees in all courts in which I practice would pose a substantial economic obstacle to continuation of my *pro bono* practice on behalf of underserved individuals.

6.) I am not seeking admission to the Eastern District of Wisconsin for purpose of any commercial gain, nor do I anticipate any such gain given the nature of my practice and the particular reason I seek admission to this Court.

7.) For these reasons, I humbly request that this Court waive the admission fee typically required to practice and appear in this District.

Submitted under penalty of perjury.

Date: September 27, 2013

                                         Respectfully submitted,

                                         Avram D. Frey*

*Application for admission to the federal district court for the Eastern District of Wisconsin currently pending.