UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **Alicia BELTRAN** )<br>)<br>Applicant, )<br>)<br>vs. )<br>)<br>**Jamie LOEHNIS, in his official capacity as** )<br>**Executive Director of the Casa Clare** )<br>**Treatment Center; Jim STRACHOTA,** )<br>**in his official capacity as Director of Human** )<br>**Services for Washington County, WI;** )<br>**Mark D. BENSEN, in his official capacity as** )<br>**District Attorney for Washington County,** )<br>**WI; the WASHINGTON COUNTY** )<br>**CIRCUIT COURT; and John DOE, in his** )<br>**official capacity as immediate custodian** )<br>**of Applicant Alicia Beltran,** )<br>)<br>**Respondents.** ) | **Docket No.** _____ |

**ATTORNEY DECLARATION IN SUPPORT OF WAIVER OF ADMISSION FEE**

1.) I am an attorney in good standing seeking admission to the Eastern District of Wisconsin District Court. I submit this declaration to request waiver of the $211 fee ordinarily required as payment for admission to practice before this court.
2.) I seek admission because I am pursuing a single case in the Eastern District in which I represent a civil rights plaintiff on a *pro bono* basis.
3.) I work as part of a not-for-profit organization.
4.) The only form of litigation that I currently practice is of the type represented by this action, that is, *pro bono* civil rights work on behalf of the indigent and underserved.
5.) The nature of my work requires admission before many different courts nationwide. As a result, payment of local admission fees in all courts in which I practice would pose a substantial economic obstacle to continuation of my *pro bono* practice on behalf of underserved individuals.
6.) I am not seeking admission to the Eastern District of Wisconsin for purpose of any commercial gain, nor do I anticipate any such gain given the nature of my practice and the particular reason I seek admission to this Court.

7.) For these reasons, I humbly request that this Court waive the admission fee typically required to practice and appear in this District.

Submitted under penalty of perjury.

Date: September 30, 2013

Respectfully submitted,

S/ Lynn M. Paltrow NY Bar# 1920156