# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| Alicia Beltran | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Jamie Loehnis, Jim Strachota, and Mark D. Bensen in their official capacities; the Washington County Circuit Court | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Mark D. Bensen
        Washington County District Attorney
        333 E. Washington Street, Suite 3100
        PO Box 2003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Linda S. Vanden Heuvel, W175 N11086 Stonewood Drive, P.O. Box 550, Germantown, WI 53022-0550; Sarah E. Burns and Avram Frey, Washington Square Legal Services, Inc., 245 Sullivan Street, 5th Floor, NY, NY 10012; Lynn M. Paltrow and Farah Diaz-Tello, National Advocates for Pregnant Women, 15 West 36th Street, Suite 901, NY, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JON W. SANFILIPPO
*CLERK OF COURT*

Date: _____

                                        *Signature of Clerk or Deputy Clerk*