UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Alicia BELTRAN<br><br>Applicant,<br><br>vs.<br><br>Jamie LOEHNIS, in his official capacity as Executive Director of the Casa Clare Treatment Center; Jim STRACHOTA, in his official capacity as Director of Human Services for Washington County, WI; Mark D. BENSEN, in his official capacity as District Attorney for Washington County, WI; the WASHINGTON COUNTY CIRCUIT COURT; and John DOE, in his official capacity as immediate custodian of Applicant Alicia Beltran,<br><br>Respondents. | Docket No. 2:13-cv-01101-AEG |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that true copies of the following pleadings were served by United Parcel Service for delivery by 3 p.m. on Monday, September 30th. Such service was effectuated on September 28, 2013 by paid deposited packages at a UPS terminal. Copies of delivery receipts are attached hereto. The items served were: (1) Application for Writ of Habeas Corpus; (2) Motion for Temporary Restraining Order and Preliminary and Injunctive Relief; (3) Memorandum of Law in Support of Application for Writ of Habeas Corpus and Motion for Temporary Restraining Order and Preliminary and Injunctive Relief; (4) Motion to Exceed Page

1

Limitations; (5) Motion to File under Seal; (6) Memorandum in Support of Motion to File under Seal; to the following parties:

Jamie Loehnis
Executive Director
Casa Clare Women's Facility
201 South Glenridge Court
Appleton, Wisconsin 54914

Jim Strachota
Director of Human Resources
432 East Washington Street
West Bend, WI 53905
Telephone: (262) 335-4583
Email: hsd.department@co.washington.wi.us

Mark D. Bensen
Washington County District Attorney
333 E. Washington Street, Suite 3100
PO Box 2003
West Bend, WI 53095
Telephone: (262) 335-4610
Fax: (262) 335-4709

Washington County Circuit Court
C/O Theresa M. Russell, Clerk of Circuit Court
432 East Washington Street
West Bend, WI 53095
Telephone: (262) 335-4400

_____
Avram D. Frey
Attorney for Plaintiff
Bar No.: TN 028520
Reproductive Justice Clinic
Washington Square Legal Services, Inc.
245 Sullivan Street
New York, NY 10012
Telephone: (212) 992-7280
Fax: (212) 995-4031
Email: freya@exchange.law.nyu.edu

| From: | UPS Quantum View <auto-notify@ups.com> |
|---|---|
| Sent: | Monday, September 30, 2013 11:02 AM |
| To: | ray.ivey@nyu.edu |
| Subject: | ***S-P-A-M*** UPS Delivery Notification, Tracking Number 1ZA5T635A293430912 |
| Importance: | Low |



UPS My Choice® can help you avoid missed home deliveries

Learn More

***Do not reply to this e-mail. UPS and WASHINGTON SQ. LEGAL SERVICES will not receive your reply.

At the request of WASHINGTON SQ. LEGAL SERVICES, this notice is to confirm that the following shipment has been delivered.

**Important Delivery Information**

**Tracking Number:** 1ZA5T635A293430912
**Delivery Date / Time:** 30-September-2013 / 9:38 AM
**Adult Signature Captured**

**Delivery Location:** OFFICE
**Signed by:** SUNDQUIST

**Shipment Detail**

**Ship To:**
JAMIE LOEHNIS
CASA CLARE WOMEN'S FACILITY
201 S GLENRIDGE CT
APPLETON
WI
54914
US
**Number of Packages:** 1
**UPS Service:** NEXT DAY AIR
**Weight:** 2.0 LBS
**Reference Number 1:** 631301953110Z0203XXXXX
**Reference Number 2:** REPRO

1

© 2013 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Notice
Contact UPS

| | |
|---|---|
| From: | UPS Quantum View <auto-notify@ups.com> |
| Sent: | Tuesday, October 01, 2013 11:33 AM |
| To: | ray.ivey@nyu.edu |
| Subject: | ***S-P-A-M*** UPS Delivery Notification, Tracking Number 1ZA5T635A293696921 |
| Importance: | Low |



UPS My Choice® can help you avoid missed home deliveries

Learn More

***Do not reply to this e-mail. UPS and WASHINGTON SQ. LEGAL SERVICES will not receive your reply.

**At the request of WASHINGTON SQ. LEGAL SERVICES, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:** 1ZA5T635A293696921
**Delivery Date / Time:** 01-October-2013 / 9:40 AM
**Adult Signature Captured**

**Delivery Location:** FRONT DESK
**Signed by:** STONE

**Shipment Detail**

Ship To:
JIM STRACHOTA
DIRECTOR OF HUMAN SERVICES
333 E WASHINGTON ST
FLOOR 3 ROOM 3100
WEST BEND
WI
53095
US

**Number of Packages:** 1
**UPS Service:** NEXT DAY AIR
**Weight:** 2.0 LBS
**Reference Number 1:** 631301953110Z0203XXXXX
**Reference Number 2:** REPRO

1

© 2013 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Notice
Contact UPS

| | |
|---|---|
| **From:** | UPS Quantum View <auto-notify@ups.com> |
| **Sent:** | Monday, September 30, 2013 11:31 AM |
| **To:** | ray.ivey@nyu.edu |
| **Subject:** | ***S-P-A-M*** UPS Delivery Notification, Tracking Number 1ZA5T635A290490130 |
| **Importance:** | Low |



UPS My Choice® can help you avoid missed home deliveries

Learn More

***Do not reply to this e-mail. UPS and WASHINGTON SQ. LEGAL SERVICES will not receive your reply.

At the request of WASHINGTON SQ. LEGAL SERVICES, this notice is to confirm that the following shipment has been delivered.

**Important Delivery Information**

**Tracking Number:** 1ZA5T635A290490130
**Delivery Date / Time:** 30-September-2013 / 10:14 AM
**Adult Signature Captured**

**Delivery Location:** OFFICE
**Signed by:** ROE

**Shipment Detail**

**Ship To:**
MARK D. BENSEN
WASHINGTON COUNTY DISTRICT ATTORNEY
432 E WASHINGTON ST
WEST BEND
WI
53095
US
**Number of Packages:** 1
**UPS Service:** NEXT DAY AIR
**Weight:** 2.0 LBS
**Reference Number 1:** 631301953110Z0203XXXXX
**Reference Number 2:** REPRO

1

© 2013 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Notice
Contact UPS

2

| | |
|---|---|
| From: | UPS Quantum View <auto-notify@ups.com> |
| Sent: | Monday, September 30, 2013 11:31 AM |
| To: | ray.ivey@nyu.edu |
| Subject: | ***S-P-A-M*** UPS Delivery Notification, Tracking Number 1ZA5T635A293394542 |
| Importance: | Low |



UPS My Choice® can help you avoid missed home deliveries

Learn More

\*\*\*Do not reply to this e-mail. UPS and WASHINGTON SQ. LEGAL SERVICES will not receive your reply.

At the request of WASHINGTON SQ. LEGAL SERVICES, this notice is to confirm that the following shipment has been delivered.

**Important Delivery Information**

**Tracking Number:** 1ZA5T635A293394542
**Delivery Date / Time:** 30-September-2013 / 10:09 AM
**Adult Signature Captured**

**Delivery Location:** OFFICE
**Signed by:** MORGAN

**Shipment Detail**

Ship To:
THERESA RUSSELL, CLERK OF THE COURT
WASHINGTON COUNTY CIRCUIT COURT
432 E WASHINGTON ST
WEST BEND
WI
53095
US

**Number of Packages:** 1
**UPS Service:** NEXT DAY AIR
**Weight:** 2.0 LBS
**Reference Number 1:** 631301953110Z0203XXXXX
**Reference Number 2:** REPRO

1

© 2013 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Notice
Contact UPS