UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALICIA BELTRAN,

       Petitioner,

v.                                     Case No. 13-CV-01101

JIM STRACHOTA, et al.

       Respondents.

**RESPONDENTS JAMES STRACHOTA AND WASHINGTON
COUNTY CIRCUIT COURT'S MEMORANDUM IN OPPOSITION
TO PETITIONER ALICIA BELTRAN'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL AUTHORITIES IN SUPPORT OF
NOVEMBER 26, 2013 ORAL ARGUMENT**

      NOW COME respondents James Strachota and the Washington County Circuit Court, by their attorneys, Wilson Elser Moskowitz Edelman & Dicker, LLP, through Douglas S. Knott and Brent A. Simerson, and hereby submit this brief in opposition to petitioner Alicia Beltran's Motion for Leave to File Supplemental Authorities in Support of November 26, 2013 Oral Argument, docket document number 55, filed November 27, 2013.

**ARGUMENT**

      These respondents respectfully request that the Court deny Ms. Beltran's motion for leave to supplement the record for the Court's consideration on the respondents' motions to dismiss. Mr. Strachota and the Washington County Circuit Court moved to dismiss the application for writ of habeas corpus on October 25, 2013. (Dkt. Doc. No. 34.) Ms. Beltran filed a 44-page response to the respondents' motions to dismiss with permission from the Court to exceed the page limit. (Dkt. Doc. No. 44.) On November 25, 2013, Ms. Beltran set forth further arguments in opposition to the respondents' motions to dismiss by filing a 10-page Declaration of Attorney Linda S. Vanden Heuvel in Support of Petitioner's Response to Motions to Dismiss.

96101v.1

(Dkt. Doc. No. 54.) Lengthy oral arguments were made to the Court on the pending motions on November 26, 2013.

The arguments in favor of dismissal have not changed since the respondents' October 25, 2013 motion. Ms. Beltran has had ample opportunity to articulate the various legal reasons why she believes the Court should deny the respondents' motions to dismiss. The issues have been exhaustedly briefed and argued. These respondents oppose any further attempts to supplement the record presently before the Court.

Dated this 3rd day of December, 2013.

          **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

          s/ Douglas S. Knott
          Douglas S. Knott, State Bar No.: 1001600
          Brent A. Simerson, State Bar No.: 1079280
          Attorneys for Defendants Jim Strachota and Washington County Circuit Court
          River Bank Plaza, Suite 600
          740 N. Plankinton Avenue
          Milwaukee, WI 53203
          Telephone: (414) 276-8816
          Fax: (414) 276-8819
          E-mail: douglas.knott@wilsonelser.com
          E-mail: brent.simerson@wilsonelser.com